**\*E-FILED 08-22-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WENDY PINNEY,<br><br>           Plaintiff,<br>   v.<br><br>BENCHMARK RECOVERY,<br><br>           Defendant.<br>_____/ | No. C11-03454 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that the parties have settled. Accordingly, all deadlines and scheduled appearances are vacated.

**On or before October 7, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 18, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than October 11, 2011**. The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff

1  need not file a statement in response to this Order.

2  SO ORDERED.

3  Dated: August 22, 2011

4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-03454-HRL Notice has been electronically mailed to:

Ryan Scott Lee     rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, courtfiling@consumerlawcenter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.