*E-FILED 10-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WENDY PINNEY,<br><br>       Plaintiff,<br>   v.<br><br>BENCHMARK RECOVERY,<br><br>       Defendant.<br>_____/ | No. C11-03454 HRL<br><br>**ORDER OF DISMISSAL** |

Plaintiff having failed to comply with this court's Order to Show Cause re Settlement (Dkt. No. 5), and no appearance having been made at the October 18, 2011 show cause hearing, this action is dismissed. The clerk shall close the file.

SO ORDERED.

Dated: October 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-03454-HRL Notice has been electronically mailed to:

2  Ryan Scott Lee    rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, courtfiling@consumerlawcenter.com

3

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.